IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EZEQUIEL CASTRO-RIVERA
Plaintiff

vs

PUERTO RICO HIGHWAY AND
TRANSPORTATION AUTHORITY
VILLEGAS & ASSOCIATES, L.P.C. &D.
(Las Piedras Construction);
BARRETT & HALE
ALAMO CORPORATION X
INSURANCE COMPANY 1
JOHN DOE
Defendants

CIVIL 06-1313CCC

**O R D E R**

Local Rule 7.1(e) states that "except by prior leave of Court, no memorandum of law in support of, or in opposition to a motion to dismiss . . . shall [] exceed tenty-five (25) pages. No reply memorandum shall exceed ten (10) pages."

Having considered the Motion to have L.P.C. & D.'s Motion to Dismiss Deemed Unopposed and to Compel Plaintiff to Comply With Local Rules (**docket entry 14**), the same is GRANTED.  Plaintiff's Reply in Opposition to Motion to Dismiss, Request for Judgment by Default Against Co-defendant Las Piedras Construction (L.P.C. & D); Urgent Request for Order to Compel Discovery and Hearing on Fraudulent Documetns, and Other Pending Isuses (**docket entry 11**) is STRICKEN.

The following documents are STRICKEN for failure to obtain leave of Court to file:

The Puerto Rico Highway and Transportation Authority's Reply to Plaintiff's Opposition (**docket entry 20**) and Plaintiff's Sur-reply to Puerto Rico Highway and Transportation Authority's Attempts to Subvert the Court and Suppress the Equal Protection of the Law and

CIVIL 06-1313CCC	2

the Right to a Trial by Jury; Continued Requests for Hearing; to Compel Discovery, and for Judgment by Default Against the Co-defendant (**docket entry 21**).

    SO ORDERED.

    At San Juan, Puerto Rico, on September 18, 2006.

                                        S/CARMEN CONSUELO CEREZO  
                                        United States District Judge